JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SMITH,<br><br>             Plaintiff,<br><br>  vs.<br><br>CHARLES D. SHAW, Trustee of The Shaw 2007 Family Trust dated February 14, 2007; PATRICIA SHAW, Trustee of The Shaw 2007 Family Trust dated February 14, 2007; and Does 1-10,<br><br>             Defendants. | Case No.: 2:20-cv-01048-AB-MAA<br><br>*Hon. Andre Birotte, Jr.*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: January 31, 2020<br>Trial Date:    Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Anthony Smith's ("Plaintiff") action against Defendants Charles D. Shaw,

---

1

[~~PROPOSED~~] ORDER FOR DISMISSAL WITH PREJUDICE

Trustee of The Shaw 2007 Family Trust dated February 14, 2007 and Patricia Shaw, Trustee of The Shaw 2007 Family Trust dated February 14, 2007 ("Defendants") is dismissed with prejudice. Each party will be responsible for their own fees and costs.

Dated: August 7, 2020

Hon. Andre Birotte, Jr.
United States District Judge
Central District of California